UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRELL MARSHALL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6577** |
| **DEPARTMENT OF CORRECTIONS, et al** | **SECTION: "I"(3)** |

# **O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's 28 U.S.C. § 2254 claims are **DISMISSED WITH PREJUDICE** as untimely.

**IT IS FURTHER ORDERED** that petitioner's 28 U.S.C. § 2241 claims are **DISMISSED WITHOUT PREJUDICE** because he has failed to exhaust his available state remedies.

New Orleans, Louisiana, this 20th day of November, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**